James L. Blair, #016125
Randy L. Kingery, #022913
**RENAUD COOK DRURY MESAROS, PA**
One North Central, Suite 900
Phoenix, Arizona 85004-4417
(602) 307-9900  Telephone
(602) 307-5853  Facsimile
jblair@rcdmlaw.com
rkingery@rcdmlaw.com

Attorneys for *Defendant I.C. System, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| John Acree, | CV 08-02245-PHX-FJM |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| I.C. System, Inc., | |
| Defendant. | *{Assigned to the Honorable Frederick J. Martone}* |

NOTICE IS HEREBY GIVEN that Plaintiff, John Acree, and Defendant, I.C. System, Inc., have reached a settlement in this matter. The parties will file a Stipulation to Dismiss with Prejudice and Order to Dismiss with Prejudice as soon as settlement documents are exchanged.

**RESPECTFULLY SUBMITTED** this  21st  day of May, 2010.

**RENAUD COOK DRURY MESAROS, PA**

By: */s/Randy L. Kingery*
    James L. Blair
    Randy L. Kingery
One North Central, Suite 900
Phoenix, AZ  85004-4417
*Attorneys for Defendant I.C. System, Inc.*

LAW OFFICES
RENAUD COOK DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 1, No. CV08-02245-PHX-FJM)    [2631-0024]    @PFDesktop\:;ODMA/MHODMA/IMANAGE;RCD_PHX;586045;1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21<u>st</u> day of May, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECM System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Frederick J. Martone
**UNITED STATES DISTRICT COURT**
Sandra Day O'Connor U.S. Courthouse
Suite 526
401 West Washington Street, SPC 62
Phoenix, AZ  85003-2158

Ryan Lee, Esq.
**KROHN & MOSS, LTD.**
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
*Attorney for Plaintiff*

*/s/Vicki L. Cobbs*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853